## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date **September 9, 2025**

**Milton Robinson Teletor Cojom**

Vs.

**Roblen, LLC et al**

Start Time **2:02**   End Time **2:35**

Recess (if more than ½ hr) _____ to _____

Total Time **0** hour(s) **33** minute(s)

Case # **3:23-cv-01669-JCH**

Honorable Judge **Janet C. Hall**

Deputy Clerk **L. Barry**

Counsel for Pla(s) **David P. Stich**

Counsel for Dft(s) _____

Reporter/ECRO/Courtsmart **Cassie Zayas**

Interpreter _____ Language _____

Hearing held  ✓ in person   ☐ by video   ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ■ Show Cause Hearing  **33** | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**